# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131546(73)(75)

HASTINGS MUTUAL INSURANCE COMPANY,
      Plaintiff-Appellant/
      Cross-Appellee,

v

MOSHER, DOLAN, CATALDO & KELLY, INC.,
      Defendant-Appellee/
      Cross-Appellant,

and

LISA FEINBLOOM and DAVID FEINBLOOM,
      Defendants.

_____

SC: 131546
COA: 265621
Oakland CC: 04-056508-CK

      On order of the Chief Justice, motions by the Insurance Institute of Michigan and others and by the National Association of Home Builders for leave to file briefs *amicus curiae* are considered and they are GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2007

_____
Clerk